480 S.E.2d 454

**In the Matter of Horace A. SMITH, Respondent.**

Supreme Court of South Carolina.

Jan. 22, 1997.

## ORDER

Respondent has consented to being placed on disability inactive status. Accordingly,

IT IS ORDERED that respondent is hereby placed on disability inactive status until further order of this Court.

/s/ Ernest A. Finney, Jr., C.J.

/s/ Jean H. Toal, A.J.

/s/ James E. Moore, A.J.

/s/ John H. Waller, Jr., A.J.

/s/ E.C. Burnett, III, A.J.